**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JONAH CORNELIS VAN DONGEN,

    Plaintiff,                       Case No.: 1:26-cv-03959

v.                                 Judge Jeremy C. Daniel

THE PARTNERSHIPS AND UNINCORPORATED    Magistrate Judge Laura K. McNally
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Amended Schedule A

[12] of the Complaint.

| No. | Defendant |
|-----|-----------|
| 1 | Douglasi |

This terminates the action.

DATED: June 25, 2026                Respectfully submitted,

                                      */s/ Keith A. Vogt*
                                      Keith A. Vogt
                                      FL Bar No. 1036084 / IL Bar No. 6207971
                                      Keith A. Vogt PLLC
                                      1820 NE 163rd Street, Suite #306
                                      North Miami Beach, Florida 33162
                                      Telephone: 312-971-6752
                                      E-mail:  keith@vogtip.com

                                      ***ATTORNEY FOR PLAINTIFF***

1